UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANN M. DAVIS                                                                    PLAINTIFF

v.                              CASE NO. 3:16-cv-00097-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                   DEFENDANT

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Reverse and Remand (DE #18). The motion is granted and the Court remands this matter to the Commissioner for further administrative proceedings pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 3rd day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE