UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANN M. DAVIS                                                                                          PLAINTIFF

v.                                         CASE NO. 3:16-cv-00097-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                           DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED this 3rd day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE